■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID OWENS, Appellant. [872 NYS2d 687]—Judgment, Supreme Court, New York County (Maxwell Wiley, J.), rendered on or about February 6, 2008, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Buckley, Acosta and Freedman, JJ.